Barzin Barry Sabahat, Esq., SBN 164248
**Anchor Law Group, APC**
1975 Hamilton Ave., Suite 29
San Jose, CA 95125
Tel: (408) 559-1173
Fax: (408) 559-6153
Email: barry@anchorlawgroup.com

*E-FILED - 8/21/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT MALEK MADISON<br><br>Plaintiff,<br><br>v.<br><br>FONAR CORPORATION,<br><br>Defendants. | Case No. C-07-04211-RMW<br><br>STIPULTION AND ORDER TO CONTINUE TRIAL |

    The parties in this matter, through their respective counsels, hereby stipulate to the following order for continuance of the dates and deadlines below due to the following reasons: In June of 2008, Attorney for plaintiff was taken ill twice. First time he was bed ridden for 10 days and the second time was the result of an emergency surgery that caused him to be hospitalized and stay in bed for a total of another ten days. Depositions of defendant were scheduled during this time period in New York. The setting of the deposition was very difficult given the schedule of everyone and need to travel. As a result the depositions did not take place causing a backlog of work on this case. Plaintiff's counsel has back to back trials from July 21, 2008 through the beginning of December. As a result, it is necessary for the parties to continue the dates previously set for this case. The parties therefore agree to set dates as follows:

1.   Jury Trial currently set for October 6, 2008 will be continued to a mutually agreeable date after January 15, 2009. All new deadlines listed below should move based upon the new trial date;  Jury Trial reset to February 17, 2009

2.   Pretrial Conference to be held two weeks prior to the date of trial _2/5/09_____

3. Joint Pretrial Statement due one week prior to the Pre Trial Conference 1/30/09

4. Dispositive Motion Hearing to be held One month prior to the date of Trial 12/19/08

5. Discovery cutoff 11/2/08 ;

6. Expert Discovery cut off 11/30/08 ;

7. Disclosure of Experts by 11/2/08 .

IT IS ALSO ORDERED that the following Discovery Limits shall *continue to* apply:

Depositions – three (3) per side;

Interrogatories – up to 25;

Request for Admissions – 10 per side;

Document Request – no limit, but shall be narrowly tailored.

THE FOREGOING IS AGREED TO BY:

DATED: August 5, 2008

Bruce MacLeod
Attorney for Defendant

DATED: Aug. 6, 2008

BARRY SABAHAT
Attorney for Plaintiff

## ORDER

The above Stipulation of the parties is hereby approved, made the Order of this Court, and each of the parties is hereby ordered to abide by all of the terms and conditions of said Order.

DATED: 8/21/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge