**E-filed on:** 1/23/2009

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT MALEK MADISON,<br><br>    Plaintiff,<br><br>  v.<br><br>FONAR CORPORATION,<br><br>    Defendants. | No. C-07-04211 RMW<br><br>CORRECTED ORDER GRANTING MOTION TO WITHDRAW<br><br>**[Re Docket No. 30]** |

    This case arises from a failed contract for MRI machines between plaintiff Matt Madison and defendant Fonar Corporation. Madison's complaint seeks the return of a $300,000 down payment he made to Fonar for the machines, plus interest. Docket No. 1 (Aug. 16, 2007). Fonar has answered and counterclaimed, discovery has been completed, and trial is scheduled for this February. *See* Docket Nos. 12 (Dec. 6, 2007); 22 (Aug. 21, 2008).

    Fonar's attorneys from Willoughby, Stuart & Bening now move to withdraw as counsel. Fonar has filed nothing in response, nor has another attorney appeared on its behalf. The court has reviewed the papers and considered the arguments of counsel. For the following reasons, the court grants the motion to withdraw.

## I. BACKGROUND

On November 13, 2008, Fonar's attorney Bruce D. MacLeod wrote to Fonar to discuss upcoming depositions. Decl. of Bruce D. MacLeod ¶ 2, Docket No. 31 (Dec. 19, 2008). In the same letter, Mr. MacLeod informed his client that Fonar owed his firm $22,608.05 in legal fees and that some payment would be necessary or else Mr. MacLeod and his firm would be forced to withdraw. *Id.* Mr. MacLeod defended the depositions as discussed in the letter, increasing the sum of unpaid fees. *Id.* ¶ 4.

Mr. MacLeod wrote again on December 16, 2008 indicating his intent to withdraw from representing Fonar due to the unpaid bills. *Id.* ¶ 5, Ex. A. Fonar has not responded to the letter and has made no effort to assist Mr. MacLeod in transferring his file to new counsel. *Id.* ¶ 5. Fonar's balance with Mr. MacLeod's firm stood at $26,344.97 as of November 30, 2008. *Id.* ¶ 6.

Mr. MacLeod filed his motion to withdraw on December 19. The motion was served on Fonar via Federal Express and emailed to Fonar's vice president. Fonar has not responded to the motion and no new counsel has made an appearance.

## II. ANALYSIS

Under the district's local rules, counsel may not withdraw without a court order. Civil L.R. 11-5(a). The court applies California's Rules of Professional Conduct to determine whether withdrawal is proper. *E.g., Cal. Native Plant Soc'y v. U.S. E.P.A.*, 2008 WL 4911162, *1 (N.D. Cal. Nov. 14, 2008); *Elan Transdermal Ltd. v. Cygnus Therapeutic Systems*, 809 F. Supp. 1383, 1387 (N.D. Cal. 1992). Pursuant to such rules, an attorney may seek to withdraw if the client "breaches an agreement or obligation to the member as to expenses or fees." Cal. Rule of Prof. Conduct 3-700(C)(1)(f).

Fonar has declined to pay a substantial and growing amount to its attorneys. The expense to Fonar's counsel will only increase as the trial date approaches. Fonar's counsel have made repeated efforts to encourage Fonar to pay the balance. Indeed, Fonar's counsel defended two lengthy depositions even when the prospect of being repaid was bleak. Thus, there exists good cause for Fonar's counsel to seek to withdraw, and the court grants the motion.

As a corporation, Fonar may not appear *pro se*. Civil L.R. 3-9(b). It must obtain new

CORRECTED ORDER GRANTING MOTION TO WITHDRAW
No. C-07-04211 RMW
TSF 2

counsel and direct its new counsel file a notice of appearance by February 5, 2009 (the scheduled pretrial conference date). If no appearance is made by February 5, Madison may move for the entry of default. In the meantime, any papers filed in the case shall be served on Mr. MacLeod and his firm for the sole purpose of forwarding the papers to Fonar. Civil L.R. 11-5(b).

### III.  ORDER

For the foregoing reasons, the motion to withdraw is granted. Fonar shall have until February 5, 2008 to retain new counsel and have its new counsel file a notice of appearance. Until then, any papers filed in the case shall be served on Mr. MacLeod and his firm for the sole purpose of forwarding the papers to Fonar.

DATED:  1/23/2009

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

CORRECTED ORDER GRANTING MOTION TO WITHDRAW
No. C-07-04211 RMW
TSF                                                3

**Notice of this document has been electronically sent to:**

**Counsel for Madison:**

Barzin Barry Sabahat barry@anchorlawgroup.com
Servando R. Sandoval ssandoval@pahl-mccay.com

**Forwarding Contact for Fonar:**

Bradley A. Bening bab@wsblaw.net
Bruce Douglas MacLeod bdm@wsblaw.net

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 1/23/2009

TSF
**Chambers of Judge Whyte**