**E-filed on:** 4/24/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT MALEK MADISON,<br><br>    Plaintiff,<br><br>    v.<br><br>FONAR CORPORATION,<br><br>    Defendants. | No. C-07-04211 RMW<br><br>ORDER (1) DENYING PLAINTIFF'S REQUEST TO STRIKE ANSWER AND COUNTERCLAIM AND ENTER DEFAULT; AND (2) SETTING FURTHER SCHEDULE<br><br>**[Re Docket No. 39]** |

Plaintiff's request to strike the defendant's answer and counterclaim and to enter default is denied. The court sets the following schedule:

Jury trial to be held on June 8, 2009 at 1:30 p.m.

Pretrial Conference to be held on May 28, 2009 at 2:00 p.m.

Joint Pretrial Statement due on May 22, 2009.

DATED:  4/24/2009

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DENYING REQUEST TO STRIKE AND SETTING SCHEDULE
No. C-07-04211 RMW
TER

**United States District Court**
**For the Northern District of California**

**Notice of this document has been electronically sent to:**

**Counsel for Madison:**

Barzin Barry Sabahat     barry@anchorlawgroup.com
Servando R. Sandoval     ssandoval@pahl-mccay.com

**Counsel for Fonar:**

John Franklin McIntyre , Jr.    jmcintyre@popelka

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     4/24/2009                          TER
                                                  **Chambers of Judge Whyte**