**E-FILED on** 9/30/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT MALEK MADISON, | No. C-07-04211 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| FONAR CORPORATION, a Delaware Corporation, | |
| Defendant. | |

Based upon the Findings of Fact and Conclusions of Law issued September 30, 2010, IT IS HEREBY ORDERED that Matt Malek Madison is entitled to judgment in his favor against FONAR Corporation in the amount of $300,000 plus prejudgment and costs of suit.

DATED: 9/30/2010

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
C-07-04211